United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA J.GRANT, | Case No. C08-04915 JCS |
| Plaintiff(s), | **ORDER TO FILE UNDER SEAL PLAINTIFF'S EXHIBIT A AND B** |
| v. | |
| ROBERT COOPER MD, | |
| Defendant(s). | |

On December 4, 2008, Plaintiff submitted as Exhibit A to her In Forma Pauperis Application, and as Exhibit B to Robert Grant's In Forma Pauperis Application documents which contain personal identifiers. Pursuant to General Order No. 53 on Privacy, Exhibit A and B shall be filed Under Seal.

IT IS HEREBY ORDERED THAT Exhibit A and B shall be filed Under Seal.

IT IS SO ORDERED.

Dated: December 5, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge