**United States District Court**
For the Northern District of California

1
2
3
4            UNITED STATES DISTRICT COURT
5           NORTHERN DISTRICT OF CALIFORNIA
6   ELENA J.GRANT,                        Case No.  C08-04915 JCS
7            Plaintiff(s),                **ORDER GRANTING PLAINTIFF'S**
                                          **REQUEST TO APPEAR**
8        v.                               **TELEPHONICALLY FOR COURT**
                                          **PROCEEDINGS, EXCEPT FOR TRIAL**
9   ROBERT COOPER MD,
10           Defendant(s).
11  _____/
12          On December 4, 2008, Plaintiff faxed a letter to the Court requesting permission to appear by
13  telephone at proceedings other than trial for both Robert and Elena Grant.
14          IT IS HEREBY ORDERED THAT the request is GRANTED.  Plaintiff must be available at
15  the appointed time of the hearing and await the Court's phone call.  The Court will initiate the phone
16  contact.
17          IT IS SO ORDERED.
18
19
20  Dated:  December 4, 2008
21                                          _____
                                            JOSEPH C. SPERO
22                                          United States Magistrate Judge
23
24
25
26
27
28